**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Courts
Southern District of Texas
FILED

MAY 23 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Larry Price | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. |
| | § | |
| Rami Elmasri, Michael Goldman, | § | |
| Michael Klein, Wendy Skjerven and | § | |
| Travelers Home and Marine Insurance | § | |
| Defendants | § | |

---

### PLAINTIFF LARRY PRICE'S COMPLAINT FOR DECLARATORY JUDGMENT

---

COMES NOW the Plaintiff, Larry Price Pro Se, pursuant to 28 U.S.C. §2201 and Rule 9(h) of the Federal Rules of Civil Procedure, as well as the Local Rules of the United States District Court for the Southern District of Texas, and for its Complaint for Declaratory Judgment would respectfully state as follows:

#### PARTIES, JURISDICTION, and VENUE

1. This is an action for declaratory relief pursuant to Title 28 of the United States Code, sec. 2201 et seq, in that a present controversy exists between the parties hereto in which the Plaintiff asks this Court to adjudicate and determine the rights of the parties to blackmail, extortion and fraud.

2. Venue lies within the Southern District of Texas as this cause arises out of a policy of marine insurance purchased by LARRY PRICE, at 13702 Spectacled Bear Ln. Crosby Texas 77532

3. Defendant, Rami Elmarsi may be served at 2929 Allen Parkway Center Ste 200, Houston Texas

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Larry Price | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:23-cv-03318 |
| | § | |
| Rami Elmasri, Michael Goldman, | § | |
| Michael Klein, Wendy Skjerven and | § | |
| Travelers Home and Marine Insurance | § | |
| Defendants | § | |

## PLAINTIFF LARRY PRICE'S COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiff, Larry Price Pro Se, pursuant to 28 U.S.C. §2201 and Rule 9(h) of the Federal Rules of Civil Procedure, as well as the Local Rules of the United States District Court for the Southern District of Texas, and for its Complaint for Declaratory Judgment would respectfully state as follows:

### PARTIES, JURISDICTION, and VENUE

1. This is an action for declaratory relief pursuant to Title 28 of the United States Code, sec. 2201 et seq, in that a present controversy exists between the parties hereto in which the Plaintiff asks this Court to adjudicate and determine the rights of the parties to blackmail, extortion and fraud.

2. Venue lies within the Southern District of Texas as this cause arises out of a policy of marine insurance purchased by LARRY PRICE, at 13702 Spectacled Bear Ln. Crosby Texas 77532

3. Defendant, Rami Elmarsi may be served at 2929 Allen Parkway Center Ste 200, Houston Texas

1

4. Defendant, Michael Goldman may be served at 233 Harvard St # 211, Brookline Massachusetts 02446

5. Defendant Michael Klein, may be served at Travelers One Tower Square, Hartford, Connecticut 06183

6. Defendant, Wendy Skjereven may be served at Travelers One Tower Square, Hartford Connecticut 06183

7. Defendant Travelers Home and Marine Insurance Company may be served at One Tower Square, Hartford Connecticut 06183

8. This is an admiralty and maritime cause within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has subject-matter jurisdiction pursuant to Title 28 of the United States Code, §1333.

9. Plaintiff LARRY PRICE (hereinafter "PRICE") is a resident and citizen of the State of Texas.

10. Defendants, Michael Klein and Wendy Skjereven, are residents of the State of Connecticut, with its office and principal place of business located in the State of Connecticut. Defendant Michael Goldman is a resident of the state of Massachusetts, who's place of business is in the state of Massachusetts, Defendant Rami Elmasri is a resident of Texas, whose place of business is located in the State of Texas.

## FACTUAL ALLEGATIONS

11. On or about March 8, 2020, PRICE submitted to TRAVELERS an application for a policy of marine insurance to cover a 2019 Phoenix 921 vessel (hereinafter "the Vessel") allegedly owned by the said Defendant. PRICE issued Exhibit 1.

12. Travelers issued said policy while stating in the policy, Travelers had run a claims loss history on plaintiff and was not able to offer the best rates available

13. On or about November 12, 2020 PRICE submitted to TRAVELERS an application for a policy of marine insurance to cover a 2020 Vexus VX21 vessel (hereinafter "the Vessel") allegedly owned by the said Defendant. PRICE issued Exhibits 2-4.

14. Travelers issued said policy while stating in the policy, Travelers had run a claims loss history on plaintiff and was not able to offer the best rates available

2

15. On or about November 12, 2021 PRICE submitted to TRAVELERS issued a second a policy of marine insurance to cover a 2020 Vexus VX21 vessel (hereinafter "the Vessel") allegedly owned by the said Defendant. PRICE

16. Travelers issued said policy while stating in the policy, Travelers had run a claims loss history on plaintiff and was not able to offer the best rates available

17. TRAVELERS agreed to issue to PRICE a third policy of marine insurance, Policy No. 607912125 830 1 (hereinafter "the 2022 Policy") on or about November 12, 2022, for a one year period, offering Hull & Machinery Coverage on the Vessel and trailer in the amount of $91,000. The 2022 Policy is attached hereto as Exhibit 2.

18. Defendants Michael Klein and Wendy Skjereven both signed all 4 policies claiming to have run my loss claim history

19. On or about September 9, 2023, during the term of the 2022 Policy, Travelers sued plaintiff claiming fraud on policy

20. On or about November 27th defendant Micheal Goldman issued an email wishing for me to settle or they would turn me into the Texas Board of Insurance for fraud. This is in direct violation of 18 U.S.C :873 extortion and Blackmail

21. Rami Elmasri, co-counsel for Travelers also stated the same in emails.

22. The emails are attached as Exhibit #3

23. The representations made by Travelers in 5 different policies and then claiming fraud after a claim was submitted shows they had no intention of paying claims
   a. Travelers made representations in the boat policy of running loss claim history for marine insurance;
   b. Which were claimed never happened
   c. PRICE relied upon the misrepresentations of Defendants as to 5 policies
   d. Travelers made those misrepresentations with the intent to deceive and charge higher rates

**FIRST CAUSE OF ACTION**

3

24. Plaintiff repeats and realleges each allegation set forth in policies for 2019 Phoenix 921 boat, 2020 Vexus VX21 boat and 2018 Seaark boat as set forth fully herein.

WHEREFORE, Plaintiff demands judgment from the Court:

(A) Travelers made representations in the Application for marine insurance;

(B) Which were fraud

(C) Price relied upon those misrepresentations;

(D) Travelers made these misrepresentations with the intent to deceive;

(E) These misrepresentations were material;

Plaintiff is asking for the sum of 2 million dollars from the 4 defendants and Travelers Home and Marine Insurance Company.

Plaintiff demands jury trial

Any and all such other and further relief as the Court may deem proper and appropriate in the premises.

Dated:   May 23 2025

By:   /s *Larry Price*
**Larry Price**
13702 Spectacled Bear Ln.
Crosby Texas 77532
Phone : 409-791-8410
*Email: PriceJL1525@aol.com*

4